UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAVANNAH LAWLESS,

       Plaintiff,

v.                              Case No.   3:22-cv-665-MMH-PDB

FEDCHEX RECOVERY, LLC,

       Defendant.

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 13; Stipulation) filed on September 1, 2022.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear its own costs, expenses and attorney fees.

3.    The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of

September, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record